AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Andri Gilberto TAMAYO-Cardozo<br><br>*Defendant(s)* | )<br>)<br>)   Case No.<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 07, 2025__ in the county of __Webb__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1326 | A citizen of Mexico, who has previously been REMOVED or has departed the United States while an order of REMOVAL is outstanding was thereafter found in the United States in Laredo, Texas the said Defendant having not obtained the consent of the Attorney General of the United States (prior to March 1, 2003) or of the Secretary of the Department of Homeland Security (March 1, 2003 and thereafter- Title 6, United States Code, Sections 202 and 557) for the reapplication by the said Defendant for admission into the United States. |

This criminal complaint is based on these facts:

On or about January 07, 2025, the defendant Andri Gilberto TAMAYO-Cardozo was apprehended in Laredo, Texas. After a brief interview it was determined that, Andri Gilberto TAMAYO-Cardozo was an undocumented alien from Mexico and subsequently placed under arrest. Further investigation revealed that Andri Gilberto TAMAYO-Cardozo was previously REMOVED from the United States on 10/15/2024 at Laredo, TX. There is no record that Andri Gilberto TAMAYO-Cardozo has applied for or received permission from the Attorney General or the Secretary of Homeland Security to re-enter the United States after deportation.

☐ Continued on the attached sheet.

/S/Adrian J. Davila
*Complainant's signature*

Adrian J. Davila, Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence,

Date: __January 09, 2025__

*Judge's signature*

City and state: __Laredo, Texas__   Christopher dos Santos, U.S. Magistrate Judge
*Printed name and title*